IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR255 |
| | ) | |
| v. | ) | |
| | ) | |
| CHERI L. WARDE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 45). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The motion for hearing shall be filed under seal.

DATED this 16th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court