AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEBRASKA

United States of America )
v. )
CHERI L. WARDE )   Case No: 8:11CR255
)   USM No: 24315-047
Date of Original Judgment: 03/07/2012 )
Date of Previous Amended Judgment: 06/27/2013 )   Jeffrey L. Thomas
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   96   months **is reduced to**   70 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/07/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   10/02/2015                    /s/ Lyle E. Strom
                                            *Judge's signature*

Effective Date:   11/01/2015                LYLE E. STROM, Senior Judge
*(if different from order date)*           *Printed name and title*