IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:11CR255 |
| CHERI L. WARDE, | ORDER FOR DISMISSAL |
| Defendant. | |

This matter is before the Court on plaintiff's Motion to Dismiss ([Filing No. 60](#)) the Petition for Warrant or Summons for Offender Under Supervision ([Filing No. 58](#)). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The United States' Motion is granted. The Petition for Warrant or Summons for Offender Under Supervision is dismissed without prejudice.

2) The defendant shall continue on supervised release under the same terms and conditions as previously ordered.

DATED this 15th day of November, 2017.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM
United States District Judge