IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR255 |
| vs. | |
| CHERI L. WARDE, | ORDER |
| Defendant. | |

Defendant Cheri L. Warde appeared before the court on July 17, 2018, on a Second Amended Petition for Warrant or Summons for Offender Under Supervision [82]. Defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through her counsel, Defendant waived her right to a probable cause hearing on the Second Amended Petition [82] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. Through counsel, Defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing. Since it is the Defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a danger to the community nor a flight risk, the court finds Defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Chief Judge Smith Camp.

I find that the Second Amended Petition [82] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 9, 2018, at 9:00 a.m. Defendant must be present in person.

2. Defendant Cheri L. Warde, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 18th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge